# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MELISSA K. CAMPBELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:10cv422 |
| | § | |
| LITTON LOAN SERVICING, LP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 1, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Partially Unopposed Motion to Remand and to Decline Supplemental Jurisdiction (Dkt. 16) should be GRANTED and that this case should be remanded to the 362nd District Court in Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Partially Unopposed Motion to Remand and to Decline

Supplemental Jurisdiction (Dkt. 16) is GRANTED and this case is remanded to the 362nd District Court in Denton County, Texas.

**IT IS SO ORDERED.**

**SIGNED this the 11th day of February, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE